IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSE A. OLIVO, )
    Petitioner, )
)
v. ) C.A. No. 05-36 Erie
)
UNITED STATES OF AMERICA, )
    Respondent. )

## RULE AND ORDER

AND NOW, this 1st day of August, 2005, after Jose A. Olivo presented a petition for a writ of habeas corpus,

IT IS ORDERED that within twenty days of service of this Rule and Order, the Respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

Service of this Rule and Order, together with a copy of the petition shall be made upon the Respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

All costs to be advanced by the United States.

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9842 6648 6550 | A. Received by (Please Print Clearly) / B. Date of Delivery AUG 15 2005 |
| 3. Service Type **CERTIFIED MAIL** | C. Signature X ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No |
| 1. Article Addressed to: | |

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION, N.W.
WASHINGTON, D.C. 20530

5-36E,O/P,8/10/05,SRB

PS Form 3811, January 2003            Domestic Return Receipt

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9842 6648 6543 | A. Received by (Please Print Clearly) / B. Date of Delivery 8-11-05 |
| 3. Service Type **CERTIFIED MAIL** | C. Signature X ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No |
| 1. Article Addressed to: | |

UNITED STATES ATTORNEY
700 GRANT STREET, SUITE 400
PITTSBURGH, PA. 15219

5-36E,O/P,8/10/05,SRB

PS Form 3811, January 2003            Domestic Return Receipt