# Exhibit A

```
NERFW               *      PUBLIC INFORMATION      *   08-16-2005
PAGE 001            *         INMATE DATA          *   12:21:43
                            AS OF 08-16-2005


REGNO..: 08191-067 NAME: OLIVO, JOSE
                    RESP OF: CPA / GOOD CONDUCT TIME RELEASE
                    PHONE..: 215-521-7300    FAX: 215-521-7486
                                             RACE/SEX...: BLACK / MALE
                                             DOB/AGE....: 11-23-1959 / 45
FBI NUMBER.: 538745CA3
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 06-17-2005
------------------------------- ADMIT/RELEASE HISTORY ------------------------------
                                                  START DATE/TIME  STOP  DATE/TIME
FCL    ASSIGNMENT DESCRIPTION
CPA    GCT REL    GOOD CONDUCT TIME REL (CCCA)    06-17-2005 0900  CURRENT
CPA    A-DES      DESIGNATED, AT ASSIGNED FACIL   05-20-2005 1400  06-17-2005 0900
3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-20-2005 1400  05-20-2005 1400
3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-20-2005 0600  05-20-2005 1400
MCK    FURL TRANS FURL W/UNESCORTED TRF TO A CCC  05-20-2005 0600  05-20-2005 0600
MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL   08-05-2004 1456  05-20-2005 0600
MCK    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   08-05-2004 0932  08-05-2004 1456
MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL   07-13-2004 1704  08-05-2004 0932
MCK    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   07-13-2004 1007  07-13-2004 1704
MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL   05-07-2004 0840  07-13-2004 1007
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-07-2004 0840  05-07-2004 0840
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-07-2004 0552  05-07-2004 0840
LEW    HLD REMOVE HOLDOVER REMOVED                05-07-2004 0552  05-07-2004 0552
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED    05-03-2004 1734  05-07-2004 0552
3-D    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-03-2004 1734  05-03-2004 1734
3-D    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-03-2004 1730  05-03-2004 1734
CPA    ADMIN REL  ADMINISTRATIVE RELEASE          05-03-2004 1730  05-03-2004 1730
CPA    A-DES      DESIGNATED, AT ASSIGNED FACIL   04-27-2004 1445  05-03-2004 1730
1-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL   04-27-2004 1445  04-27-2004 1445
1-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  04-27-2004 1324  04-27-2004 1445
CPA    TRANSFER   TRANSFER                        04-27-2004 1324  04-27-2004 1324
CPA    A-DES      DESIGNATED, AT ASSIGNED FACIL   04-14-2004 1748  04-27-2004 1324
3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL   04-14-2004 1748  04-14-2004 1748
3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  04-14-2004 0628  04-14-2004 1748
MCK    FURL TRANS FURL W/UNESCORTED TRF TO A CCC  04-14-2004 0628  04-14-2004 0628
MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL   06-28-2002 0815  04-14-2004 0628
S13    RELEASE    RELEASED FROM IN-TRANSIT FACL   06-28-2002 0815  06-28-2002 0815
S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  06-28-2002 0602  06-28-2002 0815
LEW    HLD REMOVE HOLDOVER REMOVED                06-28-2002 0602  06-28-2002 0602
LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF   06-26-2002 1041  06-28-2002 0602
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL   06-26-2002 1041  06-26-2002 1041
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  06-26-2002 0640  06-26-2002 1041
BRO    HLD REMOVE HOLDOVER REMOVED                06-26-2002 0640  06-26-2002 0640
BRO    A-BOP HLD  HOLDOVER FOR INST TO INST TRF   06-11-2002 1023  06-26-2002 0640
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL   06-11-2002 1023  06-11-2002 1023
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  06-11-2002 0640  06-11-2002 1023




G0002     MORE PAGES TO FOLLOW . . .
```

```
NEREW              *         PUBLIC INFORMATION          *     08-16-2005
PAGE 002           *            INMATE DATA              *     12:21:43
                              AS OF 08-16-2005

REGNO..: 08191-067 NAME: OLIVO, JOSE
                       RESP OF: CPA / GOOD CONDUCT TIME RELEASE
                       PHONE..: 215-521-7300    FAX: 215-521-7486
FTD    TRANSFER     TRANSFER                            06-11-2002 0640 06-11-2002 0640
FTD    A-DES        DESIGNATED, AT ASSIGNED FACIL       09-21-2001 1645 06-11-2002 0640
FTD    LOCAL HOSP   ESC TRIP TO LOCAL HOSP W/RETN       09-21-2001 0743 09-21-2001 1645
FTD    A-DES        DESIGNATED, AT ASSIGNED FACIL       07-03-2001 1226 09-21-2001 0743
S13    RELEASE      RELEASED FROM IN-TRANSIT FACL       07-03-2001 1226 07-03-2001 1226
S13    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      07-03-2001 0400 07-03-2001 1226
LEW    HLD REMOVE   HOLDOVER REMOVED                    07-03-2001 0400 07-03-2001 0400
LEW    A-BOP HLD    HOLDOVER FOR INST TO INST TRF       07-02-2001 1753 07-03-2001 0400
I-T    RELEASE      RELEASED FROM IN-TRANSIT FACL       07-02-2001 1753 07-02-2001 1753
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      06-26-2001 0530 07-02-2001 1753
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL       06-26-2001 0530 06-26-2001 0530
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      06-25-2001 0609 06-26-2001 0530
LEW    HLD REMOVE   HOLDOVER REMOVED                    06-25-2001 0609 06-25-2001 0609
LEW    A-HLD        HOLDOVER, TEMPORARILY HOUSED        06-13-2001 1958 06-25-2001 0609
S13    RELEASE      RELEASED FROM IN-TRANSIT FACL       06-13-2001 1958 06-13-2001 1958
S13    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      06-13-2001 1417 06-13-2001 1958
FTD    FED WRIT     RELEASE ON FEDERAL WRIT             06-13-2001 1417 07-03-2001 1226
FTD    A-DES        DESIGNATED, AT ASSIGNED FACIL       08-14-1998 1240 06-13-2001 1417
3-D    RELEASE      RELEASED FROM IN-TRANSIT FACL       08-14-1998 1240 08-14-1998 1240
3-D    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      08-14-1998 0342 08-14-1998 1240
LEW    HLD REMOVE   HOLDOVER REMOVED                    08-14-1998 0342 08-14-1998 0342
LEW    A-HLD        HOLDOVER, TEMPORARILY HOUSED        08-10-1998 1921 08-14-1998 0342
I-T    RELEASE      RELEASED FROM IN-TRANSIT FACL       08-10-1998 1921 08-10-1998 1921
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      08-04-1998 0530 08-10-1998 1921
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL       08-04-1998 0530 08-04-1998 0530
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      08-03-1998 0708 08-04-1998 0530
LEW    HLD REMOVE   HOLDOVER REMOVED                    08-03-1998 0708 08-03-1998 0708
LEW    A-HLD        HOLDOVER, TEMPORARILY HOUSED        07-28-1998 2022 08-03-1998 0708
S13    RELEASE      RELEASED FROM IN-TRANSIT FACL       07-28-1998 2022 07-28-1998 2022
S13    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      07-28-1998 1533 07-28-1998 2022
FTD    FED WRIT     RELEASE ON FEDERAL WRIT             07-28-1998 1533 08-14-1998 1240
FTD    A-DES        DESIGNATED, AT ASSIGNED FACIL       03-17-1998 1100 07-28-1998 1533
1-Z    RELEASE      RELEASED FROM IN-TRANSIT FACL       03-17-1998 1100 03-17-1998 1100
1-Z    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      03-05-1998 1715 03-17-1998 1100
CPA    ADMIN REL    ADMINISTRATIVE RELEASE              03-05-1998 1715 03-05-1998 1715
CPA    A-ADMIN      ADMINISTRATIVE ADMISSION            03-05-1998 1703 03-05-1998 1715




G0002      MORE PAGES TO FOLLOW . . .
```

```
                                                      *    08-16-2005
                            *  PUBLIC INFORMATION     *    12:21:43
   NERFW                    *     INMATE DATA
   PAGE 003                 *   AS OF 06-17-2005

REGNO..: 08191-067  NAME: OLIVO, JOSE
                    RESP OF: CFA / GOOD CONDUCT TIME RELEASE
                    PHONE..: 215-521-7300   FAX: 215-521-7486
PRE-RELEASE PREPARATION DATE: 12-18-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-17-2005 VIA GCT REL
-------------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------

COURT OF JURISDICTION............: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER....................: 3:CR-96-005-02
JUDGE............................: VANASKIE
DATE SENTENCED/PROBATION IMPOSED: 02-26-1998
DATE COMMITTED...................: 03-17-1998
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO
                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
                                                  $2,000.00    $00.00
NON-COMMITTED.:  $50.00          $00.00
RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00
-----------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 & 841(A)(1) CONSPIRACY TO DISTRIBUTE AND POSSESS WITH
         INTENT TO DISTRIBUTE HEROIN

 SENTENCE PROCEDURE..............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  140 MONTHS
 TERM OF SUPERVISION.............:   5 YEARS
 NEW SENTENCE IMPOSED............: 130 MONTHS
 BASIS FOR CHANGE................: RULE 35 GOVERNMENT APPEAL
 DATE OF OFFENSE.................: 01-11-1996




G0002      MORE PAGES TO FOLLOW . . .
```

```
                                                              *   08-16-2005
  NERFW              *       PUBLIC INFORMATION               *   12:21:43
  PAGE 004 OF 004    *           INMATE DATA
                              AS OF 06-17-2005

REGNO..: 08191-067  NAME: OLIVO, JOSE
                      RESP OF: CPA / GOOD CONDUCT TIME RELEASE
                      PHONE..: 215-521-7300    FAX: 215-521-7486
-------------------------------PRIOR COMPUTATION NO: 010 ---------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-25-2004 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN.........: 02-26-1998
TOTAL TERM IN EFFECT...........:    130 MONTHS
TOTAL TERM IN EFFECT CONVERTED.:     10 YEARS        10 MONTHS
EARLIEST DATE OF OFFENSE.......: 01-11-1996

                                  FROM DATE       THRU DATE
JAIL CREDIT....................: 01-11-1996      02-25-1998

TOTAL PRIOR CREDIT TIME........: 777
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED.: 509
TOTAL GCT EARNED...............: 509
STATUTORY RELEASE DATE PROJECTED: 06-18-2005
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: 11-09-2006

ACTUAL SATISFACTION DATE.......: 06-17-2005
ACTUAL SATISFACTION METHOD.....: GCT REL
ACTUAL SATISFACTION FACILITY...: CPA
ACTUAL SATISFACTION KEYED BY...: KQ

DAYS REMAINING.................: 509
FINAL PUBLIC LAW DAYS..........: 1




S0039      ALL CURRENT COMPS ARE SATISFIED
```