
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE A. OLIVO,<br>　　　Petitioner, | )<br>)<br>) |
| v. | ) C.A. No. 05-36 Erie<br>) |
| UNITED STATES OF AMERICA,<br>　　　Respondent. | )<br>)<br>) |

## RULE AND ORDER

AND NOW, this 1st day of August, 2005, after Jose A. Olivo presented a petition for a writ of habeas corpus,

IT IS ORDERED that within twenty days of service of this Rule and Order, the Respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

Service of this Rule and Order, together with a copy of the petition shall be made upon the Respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

All costs to be advanced by the United States.

　　　　　　　　　　　　　　　　　　　　S/Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　Chief U.S. Magistrate Judge

SCANNED

05-36 Erie

**2. Article Number**

7160 3901 9842 6648 6550

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION, N.W.
WASHINGTON, D.C. 20530

5-36E,O/P,8/10/05,SRB

PS Form 3811, January 2003                    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*    B. Date of Delivery

C. Signature  AUG 15 2005
X                                         ☐ Agent
                                          ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

PITTSBURGH PA

2005 AUG 18 P 1:45

05-36E

---

**2. Article Number**

7160 3901 9842 6648 6543

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

UNITED STATES ATTORNEY
700 GRANT STREET, SUITE 400
PITTSBURGH, PA.  15219

5-36E,O/P,8/10/05,SRB

PS Form 3811, January 2003                    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*    B. Date of Delivery
                                           8-11-05

C. Signature
X  Dorella                                ☐ Agent
                                          ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2005 AUG 15 P 2:27

05-36E