IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSE OLIVO, )
  )
      Petitioner, )
  ) Civil Action No. 05-36 Erie
v. )
  )
UNITED STATES OF AMERICA, )
  )
      Respondent. )

### MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on January 28, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 14, 2006, recommended that the petition for writ of habeas corpus be dismissed as moot inasmuch as the Petitioner has been released from federal custody. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner at his most recent address of record (last updated April 28, 2005 [see Doc. # 6]) and upon Respondent. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 3rd day of April, 2006,

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot.

    The Report and Recommendation of Magistrate Judge Baxter, filed on March 14, 2006 [Doc. # 11], is adopted as the opinion of the Court.

                                s/ Sean J. McLaughlin
                                       United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge